IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

Appeal No. 20-2195

SIERRA CLUB; NATURAL RESOURCES COUNCIL OF MAINE;
APPALACHIAN MOUNTAIN CLUB,

Plaintiffs-Appellants

v.

UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL JOHN A.
ATILANO, II, Commander and District Engineer in his official capacity;
JAY L. CLEMENT, Senior Project Manager, in his official capacity,

Defendants-Appellees

CENTRAL MAINE POWER COMPANY,

Intervenor-Appellee

On Appeal from December 16, 2020 Order of the
United States District Court for the District of Maine

**CORPORATE DISCLOSURE STATEMENT OF
CENTRAL MAINE POWER COMPANY**

| | |
|---|---|
| Attorneys for Intervenor-Appellee Central Maine Power Company | Matthew D. Manahan<br>Joshua D. Dunlap<br>Lisa A. Gilbreath<br>PIERCE ATWOOD LLP<br>254 Commercial Street<br>Portland, ME 04101<br>207-791-1100<br>mmanahan@pierceatwood.com<br>jdunlap@pierceatwood.com<br>lgilbreath@pierceatwood.com |

1

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, Intervenor-Appellee Central Maine Power Company hereby states that Central Maine Power Company's common stock is owned by Avangrid, Inc., through wholly owned subsidiaries Avangrid Networks, Inc. and CMP Group, Inc. Avangrid, Inc. is a publicly held corporation listed on the NYSE (NYSE:AGR). Iberdrola, S.A., a corporation (sociedad anónima) organized under the laws of the Kingdom of Spain, directly owns 81.5% of outstanding shares of Avangrid, Inc. common stock. The shares of Iberdrola, S.A. are listed in the Madrid, Bilbao, Barcelona and Valencia stock exchanges. Iberdrola, S.A. has an American Depositary Receipts program (OTCMKTS: OBDRY). No other entities or individuals own 10% or more of the stock of Central Maine Power Company.

DATED:  January 7, 2021

                                                       */s/ Joshua D. Dunlap*
Matthew D. Manahan, Bar No. 74501
Joshua D. Dunlap, Bar No. 1146098
Lisa A. Gilbreath, Bar No. 1197152
PIERCE ATWOOD LLP
254 Commercial Street
Portland, ME 04101
207-791-1100
mmanahan@pierceatwood.com
jdunlap@pierceatwood.com
lgilbreath@pierceatwood.com

Attorneys for Intervenor-Appellee Central Maine Power Company

12640209.1

## CERTIFICATE OF SERVICE

I certify that the within document has been electronically filed with the Clerk of the Court on January 7, 2021. All attorneys listed below are ECF filers and will receive service by electronic means pursuant to Rule 4 of this Court's Rules Governing Electronic Filing:

    Kevin Cassidy
    Julia M. Lipez
    Amelia G. Yowell

Dated: January 7, 2021

    */s/ Joshua D. Dunlap*
    Joshua D. Dunlap, Bar No. 1146098
    PIERCE ATWOOD LLP
    254 Commercial Street
    Portland, ME 04101
    207-791-1100
    jdunlap@pierceatwood.com

    Attorney for Intervenor-Appellee
    Central Maine Power Company

12640209.1